| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Keon King**<br>**Cathy King** | Case No.: 16-31897<br>Chapter: 13<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __**Keon King**__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. [✓] I am not required to pay domestic support obligations.

    [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **November 19, 2021**

/s/ Keon King
**Keon King**
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**