**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Keon King | Social Security number or ITIN   xxx–xx–4778 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Cathy King | Social Security number or ITIN   xxx–xx–6672 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–31897–SLM | |

# Order of Discharge                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Keon King                                    Cathy King
                                              aka Cathy Lee-Chen

1/5/22                                       **By the court:** Stacey L. Meisel
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                       Case No. 16-31897-SLM
Keon King                                                                                Chapter 13
Cathy King
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3
Date Rcvd: Jan 05, 2022      Form ID: 3180W      Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keon King, Cathy King, 37 Brandon Ave, Livingston, NJ 07039-1301 |
| cr | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Toyota Motor Credit Corporation, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 516561047 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518747982 | + | DEPT OF ED/ MOHELA, PO BOX 790233, ST LOUIS MO 63179-0233 |
| 516502117 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 516502118 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 516502119 | + | Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 516502120 | + | Fedloan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 516502122 | + | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 516502121 | + | First Data, 5565 Glenridge, Connector NE Ste 2000, Atlanta, GA 30342-1335 |
| 516502123 | + | First Data Global Leasing, P O Box 173845, Denver, CO 80217-3845 |
| 516502125 | | Janet Heller, C/O Heller Properties, llc, Providence, RI 02903 |
| 516502126 | + | Mb Fin Svcs, P.o. Box 961, Roanoke, TX 76262-0961 |
| 516710711 | + | Mintaka Financial, LLC, PO Box 2149, Gig Harbor, WA 98335-4149 |
| 516502127 | + | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 516502131 | + | Navient, 123 S Justison St Ste 30, Wilmington, DE 19801-5363 |
| 516502133 | + | PSE&G, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 516502134 | + | Quest Diagnostic Inc, 1 Malcolm Ave,, Teterboro, NJ 07608-1070 |
| 516502135 | + | RMB Inc., 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 516626401 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 516502137 | | State of New Jersey, Division of Revenue, PO BOX 262, Trenton, NJ 08646-0262 |
| 516502138 | + | State of New York Department of Taxation, 66 John St, New York, NY 10038-3735 |
| 516502139 | + | Township of Bloomfield, 1 Municipal Plaza, Bloomfield, NJ 07003-3470 |
| 518611843 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516562713 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516529870 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516502141 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 516710849 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 518733177 | + | US Department of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 516502143 | | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac#2302-04e Pob 10335, DesMoines, IA 50306 |
| 516502116 | + | eLease, 538 1st Ave. North, Saint Petersburg, FL 33701-3702 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516561047 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2022 20:35:02 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 16-31897-SLM    Doc 48    Filed 01/07/22    Entered 01/08/22 00:17:44    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: 3180W | Total Noticed: 57 |

| | | | |
|---|---|---|---|
| 516644725 | EDI: AIS.COM | Jan 06 2022 01:23:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516502109 | + EDI: AMEREXPR.COM | Jan 06 2022 01:23:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516502108 | + EDI: AMEREXPR.COM | Jan 06 2022 01:23:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516502111 | EDI: CAPITALONE.COM | Jan 06 2022 01:23:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516502110 | + EDI: CAPITALONE.COM | Jan 06 2022 01:23:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516613953 | EDI: CAPITALONE.COM | Jan 06 2022 01:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516502114 | + EDI: CITICORP.COM | Jan 06 2022 01:23:00 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 516502115 | + EDI: CITICORP.COM | Jan 06 2022 01:23:00 | Citibank/Best Buy, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516502124 | EDI: IRS.COM | Jan 06 2022 01:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516502112 | EDI: JPMORGANCHASE | Jan 06 2022 01:23:00 | Chase, PO Box 15153, Wilmington, DE 19886-5153 |
| 516502113 | EDI: JPMORGANCHASE | Jan 06 2022 01:23:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 516502129 | Email/Text: bankruptcy@nationalcreditsystems.com | Jan 05 2022 20:30:00 | National Credit System, 3750 Naturally Fresh Blv, Atlanta, GA 30349 |
| 516502128 | Email/Text: bankruptcy@nationalcreditsystems.com | Jan 05 2022 20:30:00 | National Credit System, Po Box 31215, Atlanta, GA 31131 |
| 516502130 | + EDI: NAVIENTFKASMSERV.COM | Jan 06 2022 01:23:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516609062 | EDI: NAVIENTFKASMSERV.COM | Jan 06 2022 01:23:00 | Navient Solutions, Inc., P.O. Box 9640, Wilkes-Barre, PA 18773-9640 |
| 516502132 | Email/Text: bankruptcy@pawneeleasing.com | Jan 05 2022 20:30:00 | Pawnee Leasing Corp., 700 Centre St., Fort Collins, CO 80526 |
| 516725959 | Email/Text: bankruptcy@pawneeleasing.com | Jan 05 2022 20:30:00 | Pawnee Leasing Corporation, 3801 Automation Way, Ste 207, Fort Collins, CO 80525 |
| 516725365 | EDI: PRA.COM | Jan 06 2022 01:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516502136 | + Email/Text: ebn@rwjbh.org | Jan 05 2022 20:31:00 | St. Barnabas Medical Center, 94 Old Short Hills Rd, Livingston, NJ 07039-5668 |
| 516502140 | + EDI: TFSR.COM | Jan 06 2022 01:23:00 | Toyota Financial Serv, Attn Bankrutpcy Dept, 5005 N. River Blvd, Cedar Rapids, IA 52411-6634 |
| 518611843 | Email/PDF: bncnotices@becket-lee.com | Jan 05 2022 20:35:54 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516502142 | EDI: VERIZONCOMB.COM | Jan 06 2022 01:23:00 | Verizon, PO Box 4833, Trenton, NJ 08650-4833 |
| 516502144 | EDI: WFFC.COM | Jan 06 2022 01:23:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 516580467 | + EDI: WFFC.COM | Jan 06 2022 01:23:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 27

Case 16-31897-SLM    Doc 48    Filed 01/07/22    Entered 01/08/22 00:17:44    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: 3180W | Total Noticed: 57 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | DEPT OF ED / MOHELA, PO BOX 790233, ST. LOUIS, MO 63179-0233 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2022               Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Wells Fargo Bank  N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Francesca Ann Arcure | on behalf of Creditor Toyota Motor Credit Corporation farcure@hillwallack.com  NJ_ECF_Notices@McCalla.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Scott E. Tanne | on behalf of Joint Debtor Cathy King ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| Scott E. Tanne | on behalf of Debtor Keon King ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |

TOTAL: 6